Lewis Henry LAWSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40514.

Missouri Court of Appeals,
Western District.

Nov. 29, 1988.

Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, respondent.

Before LOWENSTEIN, P.J., and TURNAGE and COVINGTON, JJ.

ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).

■

STATE of Missouri, Respondent,

v.

Michael E. STEVENSON, Appellant.

No. WD 40110.

Missouri Court of Appeals,
Western District.

Nov. 29, 1988.

Carl W. Bussey, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and MANFORD and GAITAN, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for the unlawful use of a weapon, in violation of § 571.030.1(1), RSMo 1986.

JUDGMENT AFFIRMED. Rule 30.-25(b).